APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Billy Dennis, et al.          :     CIVIL ACTION
                              :
        v.                    :
Pfizer Inc., et al.           :
                              :     NO.   18-2501

## ORDER

AND NOW, this _____ Day of _____, 2018, it is hereby

ORDERED that the application of _Jeffrey H. Horowitz_, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 18-2501

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Jeffrey H. Horowitz__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 02/27/2001 | 3949070 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| S.D.N.Y. | 08/26/2003 | JH6854 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| E.D.N.Y. | 08/26/2003 | JH6854 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Federal Circuit | 09/11/2006 | N/A |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for     Pfizer Inc. (see list)

_____
(Applicant's Signature)

10/2/2018
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Arnold & Porter Kaye Scholer LLP

250 West 55th Street, New York, NY 10019-9710

212-836-8000

Sworn and subscribed before me this

2 Day of October, 2018

_____
Notary Public

STEPHANIE L. WALSH
Notary Public, State of New York
No. 01WA6264160
Qualified in Queens County
Certificate Filed in New York County
Commission Expires 6/25/20

10/04

## Attachment to Application of Jeffrey H. Horowitz, Esq.

**C.**     *I am entering my appearance for:*

(cont'd)

Pharmacia LLC f/k/a Pharmacia Corporation ("Pharmacia"),
Parke, Davis & Company LLC f/k/a Parke, Davis & Company ("Parke Davis"), and
Warner-Lambert Company LLC f/k/a Warner-Lambert Company ("Warner Lambert")

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Jeffrey H. Horowitz____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Judy L. Leone | *[signature]* | 11/01/1984 | 41165 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Dechert LLP

2929 Arch Street, Cira Centre, Philadelphia, PA 19104-2808;

214-994-4000

Sworn and subscribed before me this

3rd Day of October, 2018

*[signature] Donna Marie Wasiek*

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DONNA MARIE WASIEK, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 22, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Billy Dennis, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| Pfizer Inc., et al. | : | |
| | : | NO.  18-2501 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of_____Jeffrey H. Horowitz_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

All Counsel of Record Via CM/ECF Notice of Filing

_____
Signature of Attorney

Judy L. Leone
Name of Attorney

Pfizer Inc. (see list)
Name of Moving Party

10/3/18
Date