IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
BILLY AND LISA DENNIS,               :
INDIVIDUALLY AND AS PARENTS          :
AND NEXT OF FRIENDS OF THEIR MINOR   :
CHILD, A.D.,                         :
                                     :
        Plaintiffs,                  :   CIVIL ACTION
                                     :
   v.                                :   NO. 18-CV-02501
                                     :
PFIZER INC., ET AL.,                 :
                                     :
                                     :
        Defendants.                  :
```

**<u>ORDER</u>**

AND NOW, this   10th   day of October, 2018, upon consideration of the Motion of Judy L. Leone, Esquire for the Admission *Pro Hac Vice* of Daniel Meyers, Esquire (Doc. No. 16), and it appearing to the Court that the foregoing attorney is a member in good standing of the Illinois and Wisconsin Bars, and has been admitted to practice before the United States District Courts for the Eastern District of Michigan and the Northern District of Illinois, and for the United States Courts of Appeals for the Seventh Circuit, it is hereby ORDERED that the Motion is GRANTED and Daniel Meyers, Esquire is admitted to practice *Pro Hac Vice* before this Court as co-counsel with Judy L. Leone, Esquire on behalf of Defendants, Pfizer Inc., et al., for purposes of this action only in accordance with Local Rule of Civil Procedure 83.5.2.

```
                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER,    J.
```